UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR THOMPSON, an individual, and on behalf of others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>NSC TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No.:  20cv371-JLS(MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE**<br><br>**[ECF NO. 27]** |

On November 23, 2020, the parties filed a "Joint Motion to Continue Discovery and Class Certification Motion Deadlines." (ECF No. 27.) They state that "[s]everal of Defendants' potential 30(b)(6) witnesses . . . have conflicts in December making it difficult to set mutually agreeable dates in order to complete Plaintiff's noticed 30(b)(6) depositions by the class discovery deadline." (Id. at 2.) The parties also contend that they have "agreed to discuss mediation to attempt to reach a resolution in this matter prior to the class certification deadline." (Id. at 3.) They ask the Court to continue by forty-five days the deadlines to complete class discovery and to file a motion for class certification. (Id.)

Having considered the joint motion and stipulation, and finding good cause, the Court **GRANTS** the motion and approves the stipulation. Accordingly, the Court issues the following **ORDERS**:

1. The deadline to complete class discovery is continued from December 31, 2020, until **February 15, 2021**.

2. The deadline to file a motion for class certification is continued from January 25, 2021, until **March 11, 2021**.

All other deadlines and requirements remain as previously set. (See ECF No. 22.)

**IT IS SO ORDERED.**

Dated: November 23, 2020

Honorable Michael S. Berg
United States Magistrate Judge

2

20cv371-JLS(MSB)