UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR THOMPSON, an individual, and on behalf of others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>NSC TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No.: 20cv371-JLS(MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE [ECF NO. 30]** |

On February 2, 2021, the parties filed a "Joint Motion to Continue Discovery and Class Certification Motion Deadlines." (ECF No. 30.)  In support, they assert that Plaintiff's deposition had to be rescheduled twice due to his illness and death in his family, and Plaintiff is currently scheduled to be deposed on February 11, 2021.  (Id. at 2.)  The parties also state that in November and December, "Plaintiff's counsel had a serious illness in his immediate family requiring extended hospitalization and continuing medical care on discharge, followed by another family member's Covid illness," which "required counsel to obtain alternate living and work arrangements, which impeded work on this and other cases." (Id. at 2-3.)   Further, the parties contend that they would like to resolve the case and have scheduled mediation with mediator Deborah

1

Saxe on February 23, 2021. (Id. at 3.) The parties thus ask the Court to continue their current deadlines to complete class discovery and to file a motion for class certification by approximately ninety days. (Id.)

Having considered the joint motion, and finding good cause, the Court **GRANTS** the motion. Accordingly, the Court issues the following **ORDERS**:

1. The deadline to complete class discovery is continued from February 15, 2021, until **May 17, 2021**.

2. The deadline to file a motion for class certification is continued from March 11, 2021, until **June 9, 2021**.

All other deadlines and requirements remain as previously set. (See ECF Nos. 22 & 29.)

**IT IS SO ORDERED.**

Dated: February 3, 2021

Honorable Michael S. Berg
United States Magistrate Judge