UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR THOMPSON, an individual, and on behalf of others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>NSC TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No.:  20cv371-JLS(MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE [ECF NO. 34]** |

On April 16, 2021, the parties filed a "Joint Motion to Continue Discovery and Class Certification Motion Deadlines." (ECF No. 34.)  In support, they assert that they completed a mediation on February 23, 2021, but the case did not settle, and the parties continued to diligently pursue discovery.  (Id. at 2.)  The parties further state that they have been meeting and conferring on Plaintiff's Federal Rule of Civil Procedure 30(b)(6) deposition notices and on subsequent amended notices, and, while the parties reached agreement as to some matters, they believe that some matters will need to be addressed in an Informal Discovery Dispute Conference.  (Id. at 2-3.)  The parties also contend that there have been scheduling difficulties for those depositions due to personnel changes in Defendants' operations, which have delayed commencement of

the depositions. (Id. at 3.) Finally, the parties maintain that they are meeting and conferring on proposed inspections of the BAE shipyard where the Plaintiff worked because there are issues with conducting an inspection there due to the security protocols and restrictions in place where work on U.S. Navy vessels is performed. (Id.) The parties thus ask the Court to continue their current deadlines to complete class discovery and to file a motion for class certification by forty-five days. (Id.)

Having considered the parties' joint motion, and finding good cause, the Court **GRANTS** the motion. Accordingly, the Court issues the following **ORDERS**:

1. The deadline to complete class discovery is continued from May 17, 2021, until **July 1, 2021**.

2. The deadline to file a motion for class certification is continued from June 9, 2021, until **July 26, 2021**.

All other deadlines and requirements remain as previously set. (See ECF Nos. 22 & 29.)

**IT IS SO ORDERED.**

Dated: April 19, 2021

Honorable Michael S. Berg
United States Magistrate Judge