UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR THOMPSON, an individual, and on behalf of others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>NSC TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No.:  20cv371-JLS(MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE JOINT DISCOVERY MOTION FILING DEADLINE AND CASE MANAGEMENT CONFERENCE**<br>**[ECF NO. 45]** |

On June 9, 2021, the parties filed a "Joint Motion to Continue Joint Discovery Motion and Case Management Conference." (ECF No. 45.)  They ask the Court to continue the deadline to file their Joint Discovery Motion by two weeks until July 8, 2021, "with all exchange dates between the parties to be continued consistent with such filing date," and to continue the telephonic Case Management Conference by two weeks until August 26, 2021.  (Id. at 3.)  In support, the parties state that since the Court's May 13, 2021 Case Management Conference, they have "re-engaged mediator Deborah Saxe, with whom the parties previously worked with during a day-long mediation, to continue the parties' settlement discussions," and the "parties believe they are now close to resolving the matter" and "their time would be better spent focusing on resolving the case which would also conserve court resources."  (Id. at 2-3.)

     Having considered the parties' joint motion and finding good cause, the Court **GRANTS** the motion. Accordingly, the Court issues the following **ORDERS**:

     1) The parties' deadline to file their Joint Discovery Motion is **CONTINUED** from June 24, 2021, until **July 8, 2021**; and

     2) A telephonic Case Management Conference currently scheduled for August 12, 2021, at 10:00 a.m. is **CONTINUED** until **August 27, 2021**, at **9:30 a.m.** Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

     **IT IS SO ORDERED.**

Dated: June 9, 2021

Honorable Michael S. Berg
United States Magistrate Judge