UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR THOMPSON, an individual, and on behalf of others similarity situated,<br><br>                                         Plaintiff,<br><br>v.<br><br>NSC TECHNOLOGIES, LLC, et al.,<br><br>                                         Defendants. | Case No.:  20cv371-JLS(MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND SETTLEMENT DISPOSITION CONFERENCE**<br>**[ECF NO. 49]** |

On July 29, 2021, the parties filed a "Joint Motion to Continue Time for Filing Motion for Preliminary Approval and Settlement Disposition Conference." (ECF No. 49.) The parties state that they are "still in the process of preparing the long-form settlement agreement which includes a proposed Second Amended Complaint and notice to the class, and are revising the documents and reviewing the changes with their respective clients." (Id. at 2.)  The parties further contend that although they are close to finalizing the enumerated documents, Plaintiff will not be able to file a motion for preliminary approval on July 30, 2021, and Plaintiff's counsel has an oral argument in a different case on August 5, 2021, the date of the Settlement Disposition Conference scheduled in this case.  (Id.)  The parties thus ask the Court to continue the deadline for Plaintiff to file a motion for preliminary approval of class action settlement by fourteen

days until August 13, 2021, and to continue the Settlement Disposition Conference to August 19, 2021.  (Id.)

Having considered the joint motion and finding good cause, the Court **GRANTS** the motion.  Accordingly, the Court issues the following **ORDERS**:

Plaintiff is ordered to file a motion for preliminary approval of the class action settlement on or before **August 13, 2021**.  The Court further orders the parties to contact District Judge Sammartino's chambers to obtain a preliminary approval hearing date prior to filing the document.  All other pending dates before this Court and District Judge Sammartino are hereby **VACATED**.

**If the motion for preliminary approval of the class action settlement is not filed by August 13, 2021**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **August 19, 2021**, at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If Plaintiff files the motion for preliminary approval of the class action settlement on or before **August 13, 2021**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or Plaintiff fails to file the motion for preliminary approval of the class action settlement in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

Dated:  July 30, 2021

Honorable Michael S. Berg
United States Magistrate Judge