UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR THOMPSON, an individual, and on behalf of others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>NSC TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No.:  20cv371-JLS(MSB)<br><br>**ORDER GRANTING THIRD JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND SETTLEMENT DISPOSITION CONFERENCE**<br>**[ECF NO. 53]** |

On August 31, 2021, the parties filed a "Third Joint Motion to Continue Time for Filing Motion for Preliminary Approval and Settlement Disposition Conference." (ECF No. 53.)  The parties contend that they have "completed preparing the long-form settlement agreement and it is being circulated for the parties' signatures," and "Plaintiff is preparing a motion for preliminary approval and expects to have it on file within 14 days." (Id. at 2.)  They ask the Court to continue the deadline for Plaintiff to file a motion for preliminary approval of class action settlement by fourteen days until September 15, 2021, and to continue the Settlement Disposition Conference until September 23, 2021.  (Id.)

///

Having considered the joint motion and finding good cause, the Court **GRANTS** the motion. Accordingly, the Court issues the following **ORDERS**:

Plaintiff is ordered to file a motion for preliminary approval of the class action settlement on or before **September 15, 2021**. The Court further orders the parties to contact District Judge Sammartino's chambers to obtain a preliminary approval hearing date prior to filing the document.

**If the motion for preliminary approval of the class action settlement is not filed by September 15, 2021**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **September 23, 2021**, at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg. If Plaintiff files the motion for preliminary approval of the class action settlement on or before **September 15, 2021**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or Plaintiff fails to file the motion for preliminary approval of the class action settlement in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

Dated: September 1, 2021

Honorable Michael S. Berg
United States Magistrate Judge