UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR THOMPSON, *an individual, and on behalf of others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>NSC TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No.: 20-cv-00371-JLS-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**[ECF No. 57]** |

Presently before the Court is a Joint Motion for Leave to File Second Amended Complaint (ECF No. 57). In the joint motion, the parties request that the Court grant Plaintiff leave to file a Second Amended Complaint so that Plaintiff may add a cause of action for violation of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and update the operative complaint, which was filed in state court, to reflect that it is pending before this Court. (*Id.* at 2.)

Federal Rule of Civil Procedure 15(a)(2) permits a party to file an amended pleading at any time before trial "with the opposing party's written consent." Defendants here have consented in writing to Plaintiff's amending of the operative complaint, and thus, Rule 15(a)(2) permits Plaintiff to file the Second Amended Complaint. Accordingly, the Court hereby **GRANTS** the parties' joint motion (ECF No. 57). Plaintiff shall file the Second

Amended Complaint attached to the joint motion (ECF No. 57-1 at 3–31) no later than <u>seven days</u> following the date of this Order.

**IT IS SO ORDERED.**

Dated: October 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge