UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR THOMPSON, *an individual, and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>NSC TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No.:  20-cv-00371-JLS-MSB<br><br>**ORDER VACATING MOTION HEARING AND TAKING MATTER UNDER SUBMISSION** |

Presently before the Court is Plaintiff's unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 58).  The Court hereby **VACATES** the Motion Hearing scheduled for December 2, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  November 24, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge